

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2014

No. 04-14-00273-CV

**IN THE INTEREST OF M.G.C.**, A Child,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-00323
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

 Appellant filed his notice of appeal on April 21, 2014. The clerk's record and reporter's record were due on May 21, 2014. Neither record has been filed. The trial court clerk has filed a notification of late record stating that appellant has failed to pay or make arrangements to pay the fee for preparing the clerk's record and that appellant is not entitled to appeal without paying the fee.

 It is therefore ORDERED that appellant provide written proof to this court **within ten (10) days** of the date of this order that **either** (1) the clerk's fee for preparing the clerk's record has been paid or arrangements have been made to pay the clerk's fee, <u>and</u> (2) a written request has been made for preparation of the reporter's record pursuant to TEX. R. APP. P. 34.6 (b)(1), and the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; **or** (3) appellant is entitled to appeal without paying the clerk's fee and the court reporter's fee.

 If appellant fails to respond within the time provided, and the clerk's record is not timely filed, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Rebeca C. Martinez, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court